IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH MAURICE SHARP,**

    **Petitioner,**

v.                                           Case No. 4:21-cv-289-AW-EMT

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation, to which no objection has been filed. The magistrate judge is correct: The § 2254 petition is untimely. The Report and Recommendation (ECF No. 12) is adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed with prejudice as untimely." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on March 24, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge